```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 33998
   CATRINA S DEERE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6843


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 09/14/2004 and was confirmed 11/01/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

      The case was paid in full 06/26/2008.
------------------------------------------------------------------------
   CREDITOR NAME              CLASS        CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
   BASS FURNITURE             SECURED          250.00          .00          250.00
   BASS FURNITURE             UNSECURED      NOT FILED         .00             .00
   FUTURE FINANCE             SECURED         5500.00        707.28        5500.00
   FUTURE FINANCE             UNSECURED       4153.00          .00          415.30
   ROBERT J ADAMS & ASSOC     PRIORITY      NOT FILED         .00             .00
   AMERICASH LOANS            UNSECURED        111.54          .00           11.15
   AMERITECH CELLULAR         UNSECURED      NOT FILED         .00             .00
   AT&T CABLE SERVICE         UNSECURED      NOT FILED         .00             .00
   AXCESS CASH                UNSECURED      NOT FILED         .00             .00
   CASH AMERICA PAYDAY LOAN   UNSECURED        589.60          .00           58.96
   CERTEGY                    UNSECURED      NOT FILED         .00             .00
   CHECK INTO CASH            UNSECURED      NOT FILED         .00             .00
   COMCAST                    NOTICE ONLY   NOT FILED         .00             .00
   CREDIT BUREAU OF ERIE IN   UNSECURED      NOT FILED         .00             .00
   D&B RMS NEXTEL COMMUNICA   UNSECURED      NOT FILED         .00             .00
   ECAST SETTLEMENT CORP      UNSECURED        243.12          .00           24.31
   ILLINOIS DEPT OF EMP SEC   UNSECURED       2818.00          .00          281.80
   NCO FINANCIAL SYSTEMS IN   UNSECURED      NOT FILED         .00             .00
   NORTHLAND GROUP INC        UNSECURED      NOT FILED         .00             .00
   ONE IRON VENTURES          UNSECURED      NOT FILED         .00             .00
   PAYDAY ADVANCE CASH TO G   UNSECURED        318.00          .00           31.80
   PAYDAY LOAN STORE          UNSECURED      NOT FILED         .00             .00
   PROGRESSIVE RECOVERY TEC   UNSECURED      NOT FILED         .00             .00
   FIRST CONSUMERS NATIONAL   UNSECURED      NOT FILED         .00             .00
   CASH STORE                 UNSECURED      NOT FILED         .00             .00
   UPTOWN CASH                UNSECURED      NOT FILED         .00             .00
   NATIONAL CAPITAL MANAGEM   UNSECURED        481.71          .00           48.17
   ROBERT J ADAMS & ASSOC     REIMBURSEMENT    194.00          .00          194.00
   ROBERT J ADAMS & ASSOC     DEBTOR ATTY    2,200.00                      2,200.00
   TOM VAUGHN                 TRUSTEE                                        595.90
   DEBTOR REFUND              REFUND                                          55.58


                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 33998 CATRINA S DEERE
```

```
     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 10,374.25

PRIORITY                                           194.00
SECURED                                          5,750.00
    INTEREST                                       707.28
UNSECURED                                          871.49
ADMINISTRATIVE                                   2,200.00
TRUSTEE COMPENSATION                               595.90
DEBTOR REFUND                                       55.58
                       ---------------     ---------------
TOTALS                  10,374.25               10,374.25
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 09/25/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE


                        PAGE   2
        CASE NO. 04 B 33998 CATRINA S DEERE